LEE J. STEPHENS, Respondent, v. MAURICE E. KAGEL, Defendant, and JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS, Appellant. PANOS STEPHENS, Respondent, v. MAURICE E. KAGEL, Defendant, and JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF MASSACHUSETTS, Appellant.— Appeal from an order of the City Court of Yonkers granting appellant's motion to dismiss the complaints for failure to prosecute unless plaintiffs place their causes on the calendar within ten days from the date thereof. Order affirmed, without costs. Compliance with the order should not wait on service thereof. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

KATHRYN G. TREACY and DONALD E. TREACY, as Administrators, etc., of ELEANOR M. TREACY, Deceased, Respondents, v. F. W. WOOLWORTH Co., Appellant.— Order denying conditionally defendant's motion to dismiss the complaint for failure to prosecute, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

YONKERS LODGE NO. 707 OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, Petitioner, Respondent, v. JOHN J. CONDON and Others, as Members of and Constituting the Common Council of the City of Yonkers, New York, and WILLIAM SCHUBERT, as Comptroller of Said City of Yonkers, Appellants, and THE BOARD OF EDUCATION OF THE CITY OF YONKERS, Respondent.— Proceeding instituted pursuant to article 78 of the Civil Practice Act, for a final order directing the members of the common council of the city of Yonkers to take forthwith all steps required by law upon its part to be performed so as to make available to the board of education of that city the sum of $64,000 for the purpose of consummating the contract of sale referred to in the petition, and directing the comptroller of that city to take all steps required by law upon his part to be performed so as to make available to the board of education said sum of $64,000. Order granting the petitioner's application and awarding the relief thus requested, unanimously affirmed, with twenty-five dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

## (March 24, 1941.)

THE JOHN BERGER & SON COMPANY, Appellant, v. HENRY M. DUYS and Others, as Executors, etc., of JOHN H. DUYS, Deceased, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CAROLINE BRADLEY, Appellant, and BERNARD BRADLEY, Plaintiff, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.